Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873

|  | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Keller, Karen | 10/20/1959 | IL | Northern District of Illinois, Chicago Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 2. | Kelly, Annie | 9/28/1972 | MS | Northern District of Mississippi, Aberdeen | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 3. | Kelly, Michael | 2/28/1955 | PA | Western District of Pennsylvania, Johnstown | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 4. | Kirchner, Aiden | 4/20/1981 | VA | Western District of Virginia, Charlottesville, | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 5. | Knight, Marcia | 11/7/1959 | NJ | District of New Jersey, Newark Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 6. | Koch, Timothy | 2/7/1968 | WV | Northern District of West Virginia, Clarksburg, | No | Yes | No | Thyroid Cancer | I-IX, XIII-XIX |
| 7. | Krage, Marcia | 11/9/1962 | IA | Northern District of Iowa, Sioux City Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 8. | Laga, Sandra | 1/10/1969 | NJ | District of New Jersey, Newark Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 9. | Lapadula, Ryan | 10/27/1989 | CA | Southern District of California, San Diego | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 10. | Lawson, Kayla | 7/8/2023 | CA | Central District of California, Los Angeles | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 11. | Lazaga, Alfred | 11/23/1946 | WI | Eastern District of Wisconsin, Milwaukee | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 12. | Leary, Angela | 11/22/1964 | NC | Eastern Disttrict of North Carolina, Greenville | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Lecomte, Joe | 5/15/1953 | FL | Middle District of FLorida, Fort Myers DIvision | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 14. | Lee, Frances | 4/9/1948 | FL | Middle District of FLorida, Ocala DIvision | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 15. | Lofton, Deaundre | 10/11/1989 | MS | Northern District of Mississippi, Aberdeen Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 16. | Long, Darlene o/b/o Long, David (dec.) | 8/21/1944 | IL | Northern District of Ohio, Cleveland Division | Yes | Yes | No | Liver cancer | I-XIX |
| 17. | Lovelace, Jon | 6/10/1969 | OH | Southern District of Ohio, Dayton Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 18. | Lowery, Michael | 2/1/1962 | NC | Eastern District of North Carolina, Raleigh Division | No | Yes | No | Thyroid Cancer | I-IX, XIII-XIX |
| 19. | Mahady, Shawn | 3/10/1986 | MA | District of Massachusetts, Boston Division | No | Yes | No | testicular caner | I-IX, XIII-XIX |
| 20. | Manupella, Dominic | 3/8/1980 | MD | District of Maryland, Baltimore Division | Yes | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 21. | Marchese, Regina | 7/7/1963 | MA | District of Massachusetts, Springfield Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 22. | Martin, Jeremy | 6/8/1990 | MS | Northern District of Mississippi, Aberdeen Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 23. | Mathis, Linda | 11/4/1946 | TX | Eastern District of Texas, Plano Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 24. | Matthews, Robin | 5/31/1963 | RI | District of Rhode Island, Providence Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25. | McClain, Cynthia | 7/3/1953 | TN | Eastern District of Tennessee, Knoxville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 26. | McCormick, Michael | 2/9/1958 | MD | District of Maryland, Baltimore Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 27. | McDonald, James | 4/14/1961 | SC | District of South Carolina, Columbia Division | Yes | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 28. | McGuire, Neil | 6/22/1979 | MA | District of Massachusetts, Worcester Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 29. | McKinney, Judy | 7/22/1952 | TX | Northern District of Texas, Amarillo Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 30. | Medeiros, Debra | 3/13/1961 | AL | Northern District of Alabama, Birmingham Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 31. | Meeks, Allan | 2/9/1988 | CA | er | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 32. | Miller, Alan | 3/22/1969 | TX | Western Disrtrictof Texas, Austin Division | No | Yes | No | tasticular Cancer | I-IX, XIII-XIX |
| 33. | Misner, Vickie o/b/o Misner, Jerry (dec) | 9/26/1956 | PA | Middle District of Pennsylvania, Harrisburg Division | Yes | Yes | No | testicular cancer | I-XIX |
| 34. | Mitchell, Margaret | 9/17/1985 | -- | Southern District of Ohio, Dayton Division | No | Yes | No | Thyroid Cancer, Thyroid Disease | I-IX, XIII-XIX |
| 35. | Monge-Vargas. Suellen | 6/10/1957 | FL | Middle District of Florida, Jacksonville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 36. | Montgomery, Monta | 9/27/1951 | RI | District of Rhode Island, Providence Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37. | Montgomery, Thomas | 11/15/1951 | GA | Northern District of Georgis, Newnan Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 38. | Montrairro, Misty | 8/27/1980 | FL | Middle District of Florida, Jacksonville Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 39. | Moon, Nanci o/b/o Moon, Mark | 11/14/1957 | MA | District of Massachusetts, Boston Division | No | Yes | No | testicular cancer | I-XIX |
| 40. | Morales, Carlos | 9/5/1946 | TX | Southern District of Texas, Brownsville Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 41. | Moscardelli, Justin | 6/16/1974 | MA | District of Massachusetts, Boston Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 42. | Munford, Clarisa | 7/23/1974 | SC | District of South Carolina, Columbia Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 43. | Murphy, Felicia | 8/5/1960 | KY | Eastern District of Tennessee, Chatanooga Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 44. | Neal, Alan | 3/3/1969 | SC | District of South Carolina, Anderson Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 45. | Nelson, David | 10/17/1962 | VA | Eastern District of Virginia, Alexandria Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 46. | Nelson, Lakisha | 9/29/1977 | CA | Eastern District of California, Sacramento Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 47. | Nelson, Laureen | 5/22/1965 | VA | Eastern District of Virginia, Alexandria Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Nelson, Michael | 6/27/1958 | WI | Eastern District of Wisconsin, Milwaukee Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 49. | Nelson, Philiip | 9/21/1946 | TX | Western District of Texas, San Antonio Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 50. | Nestor, Ariel | 7/2/1994 | TX | Eastern District of Texas, Plano Division | No | Yes | No | Ulcerative Colitis | I-IX, XIII-XIX |
| 51. | Netterville, Alexus | 5/27/1996 | CA | Central District of California, Los Angeles Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 52. | Nettles, Danny | 7/16/1947 | TX | Southern District of Texas, Houston Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 53. | Nuckles, Michael | 12/24/1964 | NC | Northern District of North Carolina, Asheville Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 54. | O'Berry, Charles | 11/27/1947 | FL | Southern District of Florida, West Palm Beach, Florida | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 55. | Odunukwe, Chuk | 11/23/1956 | OK | Western District of Oklahoma, Oklahoma City Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 56. | Orlando, Michael | 8/11/1953 | MO | Eastern District of Missouri, St. Louis Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 57. | Ortega, Carlos | 5/2/1959 | CA | Southern District of California, San Diego Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 58. | Osorio, Alfonso | 1/17/1965 | FL | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Ott-Baldwin, Ryan | 3/2/1992 | CA | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 60. | Owens, Jason | 8/25/1973 | AK | District of Alaska, Anchorage Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 61. | Owens, John | 9/24/1955 | AL | Middle District of Alabama, Montgomery Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 62. | Pagni, Mark | 2/4/1957 | OH | Northern District of Ohio, Akron Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 63. | Paluzzi, Orlando | 9/11/1964 | MO | Eastern District of Missouri, St. Louis Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 64. | Paradis, Wayne | 6/1/1969 | CT | District of Connecticut, Hartford Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 65. | Parker, Rosanna | 7/21/1960 | OK | Eastern District of Oklahoma, Muskogee Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 66. | Peay, Matthew | 12/13/1996 | PA | Middle District of Pennsylvania, Wilkes-Barre Division | No | Yes | No | tasticular Cancer | I-IX, XIII-XIX |
| 67. | Pehrsen, Eric | 5/13/1960 | CA | Central District of California, Santa Ana Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 68. | Pen, Keequwonttay | 7/5/1996 | CA | Central District of California, Los Angeles Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 69. | Pendergrass, James | 9/2/1969 | CA | Central District of California, Santa Ana Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 70. | Peoples, Michael | 4/11/1970 | TX | Western District of Texas, Waco Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Perdomo, Nancy | 4/7/1998 | VA | Eastern District of Virginia, Alexandria Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 72. | Pidgeon, Jill | 4/19/1955 | MA | District of Massachusetts, Boston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 73. | Poelinitz, Debra | 12/10/1952 | AL | Northern District of Alabama, Birmingham Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 74. | Polk, Latonya | 2/7/1977 | AL | Northern District of Alabama, Huntsville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 75. | Prince, Karen | 9/26/1965 | FL | Southern District Florida, Fort Lauderdale Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 76. | Pulliam-Boyd, Cynthia | 4/6/1958 | OR | District of Oregon, Portland Division | No | Yes | No | Thyroid Cancer | I-IX, XIII-XIX |
| 77. | Rainey, David | 10/7/1954 | TN | Eastern District of Tennessee, Chatanooga Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 78. | Ranslow, Peter | 3/10/1974 | ME | District of Maine, Portland Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 79. | Reed, Richard | 4/16/1964 | IN | Southern District of Indiana, Indianapolis Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 80. | Reilly, James | 1/13/1970 | TX | Western Disrtrictof Texas, Austin Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 81. | Rice, Matthew | 7/4/1968 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 82. | Rice, Samuel | 2/4/1966 | MI | Western District of Michigan, Kalamazoo Division | No | Yes | No | thyroid disease | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Robinson, Kim | 2/7/1969 | TX | Northern District of Texas, Dallas Division | No | Yes | No | Kdney Cancer | I-IX, XIII-XIX |
| 84. | Robinson, Maurice | 3/1/1989 | MI | Eastern District of Michigan, Detroit Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |